RECEIVED
MAR 17 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

c

| | |
|---|---|
| THERON DELAWENCE JOHNSON, Plaintiff | CIVIL ACTION NO. 1:17-CV-00217; SEC. P |
| VERSUS | CHIEF JUDGE DRELL |
| DEAN DOVE, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Johnson's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 17th day of MARCH, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT